## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **SEAN CERAMI** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **15 cv 6281** |
| | ) | |
| **VILLAGE OF SCHAUMBURG**, | ) | **The Hon. Manish S. Shah** |
| a municipal corporation, | ) | |
| **TERRANCE O'BRIEN**, | ) | Magistrate Judge: |
| a Village of Schaumburg Police Officer, | ) | The Hon. Daniel G. Martin |
| **MATTHEW HUDAK**, | ) | |
| A Village of Schaumburg Police Officer, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, by their respective attorneys of record, that the Defendants, having made an offer of settlement, with a separate amount for attorneys' fees and costs incorporated therein, and the Plaintiff, having accepted Defendants' offer, agree that this case should be dismissed with prejudice.

DATE: March 11, 2016

                          Respectfully submitted,

| **For the Plaintiff:** | **For Defendants O'Brien and Hudak:** |
|---|---|
| /s/Richard J. Dvorak | /s/Eileen Ellen Rosen |
| Richard J Dvorak | Eileen Ellen Rosen |
| Dvorak Law Offices, LLC | Rock Fusco & Connelly, LLC |
| 6262 Kingery Highway Suite 305 | 321 North Clark Street, Suite 2200 |
| Willowbrook, Illinois 60527 | Chicago, IL 60654 |
| (312) 593 – 7146 | (312) 474-1000 |
| Richard.dovrak@civilrightsdefenders.com | Fax: (312) 494-1001 |
| | Email: erosen@rockfuscoconnelly.com |

**For the Defendant Village of Schaumburg:**

/s/John J. Timbo
John J Timbo
The Sotos Law Firm, P.C.
550 East Devon Suite 150
Itasca, IL 60143
(630) 735-3300
Email: jtimbo@jsotoslaw.com

/s/James Gus Sotos
James Gus Sotos
The Sotos Law Firm, P.C.
550 East Devon Avenue Suite 150
Itasca, IL 60143
(630) 735-3300
Email: jsotos@jsotoslaw.com

## CERTIFICATE OF SERVICE

I, Richard Dvorak, an attorney, certify that on March 11, 2016 a copy of the **forgoing Stipulation** was served upon counsel of record through the Court's electronic filing system.

/s/Richard J. Dvorak

Richard J. Dvorak
Dvorak Law Offices, LLC
6262 Kingery Highway Suite 305
Willowbrook, Illinois 60527
(312) 593 – 7146
Richard.dovrak@civilrightsdefenders.com